**Abraham URIBE, Petitioner,**

v.

**Jefferson B. SESSIONS III, Attorney General, Respondent.**

No. 14-73559

United States Court of Appeals, Ninth Circuit.

Submitted December 18, 2017 *

Filed December 20, 2017

Joan Ivette Del Valle, Attorney, Law Office of Joan Del Valle, Los Angeles, CA, for Petitioner

OIL, Briena Strippoli, Esquire, Trial Attorney, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

Before: WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

MEMORANDUM **

Abraham Uribe, a native and citizen of Mexico, petitions for review of the Board

of Immigration Appeals' order dismissing his appeal from an immigration judge's denial of his motion to terminate proceedings. We dismiss the petition for review.

We lack jurisdiction to consider Uribe's unexhausted contentions regarding the effect of California Penal Code § 1203.43 on his controlled substance conviction. *See Tijani v. Holder*, 628 F.3d 1071, 1080 (9th Cir. 2010) (the court lacks jurisdiction to consider legal claims not presented to the agency in the alien's proceedings).

We also lack jurisdiction to review Uribe's request for remand for purposes of seeking a favorable exercise of prosecutorial discretion. *See Vilchiz-Soto v. Holder*, 688 F.3d 642, 644 (9th Cir. 2012) (order).

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.